UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FEB 15 2024 PM 2:36
FILED-USDC-CT-HARTFORD

ROBERTA JEAN FIORE           :

v.           :      CASE NO. 3:23CV1595 (TOF)

MARTIN O'MALLEY,          :
Commissioner of Social Security

## JUDGMENT

This action came on for consideration of the defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. Section 405(g) with Reversal and Remand of the cause to the defendant doc. # [15] before the Honorable Thomas O. Farrish, United States Magistrate Judge,

On February 15, 2024, an order entered granting the defendant's Motion for Entry of Judgment under Sentence Four of 42 U.S.C. Section 405(g) with Reversal and Remand of the cause to the defendant,

It is hereby ORDERED, ADJUDGED and DECREED that judgment enter in favor of the plaintiff, Roberta Jean Fiore and remanding the case back to the Commissioner for further administrative proceedings.

Dated at Hartford, Connecticut, this 15th day of February, 2024.

DINAH MILTON KINNEY, CLERK

By:_____/s/ RKW
      Robert K. Wood
      Deputy Clerk

EOD - 2/15/2024